23-13345 E



Whitney M. DuPree
Spire Law, LLC
1230 PEACHTREE ST STE 1900
ATLANTA, GA 30309

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 13, 2023

Ruth E. Burdick
National Labor Relations Board
Division of Legal Counsel
1015 HALF ST SE FL 4
WASHINGTON, DC 20003

Greg P. Lauro
National Labor Relations Board
Division of Legal Counsel
1015 HALF ST SE FL 4
WASHINGTON, DC 20003

Kira Dellinger Vol
National Labor Relations Board
Division of Legal Counsel
1015 HALF ST SE FL 4
WASHINGTON, DC 20003

Appeal Number: 23-13345-E
Case Style: National Labor Relations Board v. Tackl-It, LLC
Agency Docket Number: 10-CA-291054

Petition for Review/Application for Enforcement
Pursuant FRAP 15(c), you are hereby served with the following document that has been filed in this court:

Application for Enforcement

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Record
Pursuant to FRAP 17(a), an agency must file the record within 40 days after being served with the petition for review. See FRAP 16 and 17.

Certificate of Interested Persons and Corporate Disclosure Statement ("CIP")
Every motion, petition, brief, answer, response, and reply must contain a CIP. See FRAP 26.1; 11th Cir. R. 26.1-1. In addition:

- Appellants/Petitioners must file a CIP within 14 days after this letter's date.
- Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after this letter's date, regardless of whether Appellants/Petitioners have filed a CIP.
- Only parties represented by counsel must complete the web-based CIP. Counsel must complete the web-based CIP, through the Web-Based CIP link on the Court's website, on the same day the CIP is first filed.

The failure to comply with 11th Cir. Rules 26.1-1 through 26.1-4 may result in dismissal of the case or appeal under 11th Cir. R. 42-1(b), no action taken on deficient documents, or other sanctions on counsel, the party, or both. See 11th Cir. R. 26.1-5(c).

Mediation
If a Civil Appeal Statement is required to be filed and the appeal is fully counseled on all sides, your appeal will be reviewed and considered for mediation. Mediation services are at no cost to the parties. If no Civil Appeal Statement is required or you or any party to the appeal is self-represented or *pro se* then the appeal is not eligible for mediation. See 11th Cir. R. 33-1.

Briefs and Oral Argument in a National Labor Relations Board Proceeding
FRAP 15.1 provides that each party adverse to the National Labor Relations Board in an enforcement or review proceeding shall proceed first on briefing and at oral argument unless the court orders otherwise.

Attorney Admissions
Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding, See 11th Cir. R. 46-1; 46-3; 46-4. In addition, all attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an appearance form within fourteen (14) days after this letter's date. The Application for Admission to the Bar and Appearance of Counsel Form are available on the Court's website. **The clerk generally may not process filings from an attorney until that attorney files an appearance form.** See 11th Cir. R. 46-6(b).

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DKT-8 Agency

**UNITED STATES COURT OF APPEALS**
ELEVENTH CIRCUIT
OFFICE OF THE CLERK
56 FORSYTH STREET, N.W.
ATLANTA, GEORGIA 30303

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

U.S. MARSHALS SERVICE
Atlanta, GA

NOV 16 2023

CLEARED SECURITY

ATLANTA METRO 301
20 OCT 2023 PM 7 L

US POSTAGE ™ PITNEY BOWES
ZIP 30303 $ 000.63⁰
02 4W
0000368939 OCT 13 2023

Commercial mail receiving agency.
No authorization to receive mail for the addressee.

UNDELIVERABLE.

30303>2295

NIXIE      300  DC 1          0011/14/23
           RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
BC: 30303229599      *0824-02123-14-05