UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

NATIONAL LABOR RELATIONS BOARD,

    Plaintiff,

v.                                                           Case No. No. 23-13345-E
TACKL-IT, LLC,                            Board Case No. 10–CA–291054

    Defendant.
_____/

## SPIRE LAW'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT, TACKL-IT, LLC

Ian E. Smith, Esquire, Whitney DuPree, Esquire, and Spire Law LLC (Collectively "Spire Law"),[1] hereby move the Court for an Order allowing them to withdraw as counsel of record for Defendant, Tackl-It, LLC ("Defendant"), and as grounds therefore state as follows:

The undersigned counsel provided Defendant this motion and advised them of the undersigned intent to withdraw as counsel. *See* 11th Cir. R. 46-10.

Undersigned counsel requests that Defendant be given thirty (30) days to retain new counsel and that all proceedings be stayed during that period of time.

---

[1] Ian Smith, Whitney DuPree, and Spire Law LLC have not filed an Entry of Appearance, pursuant to 11th Cir. R. 46-5, in this case on behalf of Defendant Tackl-It, LLC.

1

The undersigned certifies that the requested enlargement of time is not sought for purposes of delay or for any other improper purpose. Further, the granting of this motion will not result in any prejudice to Plaintiff.

Spire Law provides a copy of this motion to Defendants by email as follows:

Tackl-IT, LLC
Kellie Huff- khuff@tacklhealth.com
Curtis Faircloth- cfaircloth@tacklhealth.com

WHEREFORE, Spire Law respectfully requests that this Court: (1) enter an Order granting this Motion to Withdraw as Counsel of Record for Defendant Tackl-It, LLC; (2) relieve Spire Law, Whitney DuPree, Esq., and Ian Smith, Esq., from any further responsibilities and obligations in connection with this matter; (3) permit Defendant thirty (30) days to retain new counsel; and (4) authorize such additional relief as the Court deems just and proper.

Dated this 11th day of December 2023.

Respectfully submitted,

Spire Law, LLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765

By: /s/ *Ian E. Smith*
Ian E. Smith, Esq,
Georgia Bar No. 661492
ian@spirelawfirm.com
sarah@spirelawfirm.com
filings@spirelawfirm.com

## **CERTIFICATE OF SERVICE**

I certify on this day I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to all counsel of record.

And a true and correct copy of same was sent via email to:

Tackl-IT, LLC
Kellie Huff- khuff@tacklhealth.com
Curtis Faircloth- cfaircloth@tacklhealth.com

This 11th day of December 2023.

>*/s/ Ian Smith*
>Attorney